**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CIVIL ACTION NO. 3:26-CV-321-JHM**

**ANTOYNE MAURICE PENICK** **PLAINTIFF**

**v.**

**OLDHAM COUNTY DETENTION CENTER, *et al.*** **DEFENDANTS**

**MEMORANDUM OPINION AND ORDER**

Plaintiff Antoyne Maurice Penick filed this *pro se* 42 U.S.C. § 1983 prisoner civil-rights action. After reviewing the amended complaint [DN 12] pursuant to 28 U.S.C. § 1915A, the Court dismissed the named Defendants with leave to amend for Plaintiff to identify the specific individuals who he alleges violated his constitutional rights and to describe the actions taken by each. [DN 13]. Plaintiff has now filed a notice which the Court construes as a motion for extension of time to file his second amended complaint. [DN 14].

Upon review, **IT IS ORDERED** that Plaintiff's motion for an extension of time [DN 14] is **GRANTED**.

**IT IS FURTHER ORDERED** that **no later than December 30, 2026, Plaintiff may file a second amended complaint. If Plaintiff fails to timely file a second amended complaint, the Court will enter an Order dismissing this action for the reasons stated in the October 30, 2026, Memorandum Opinion and Order.**

As guidance, if Plaintiff cannot determine the names of the individuals from the Oldham County Detention Center (OCDC) or Southern Health Partners (SHP) that he seeks to sue before the deadline, he may list them as John/Jane Doe OCDC correctional officers or John/Jane Doe

SHP employees. If claims proceed, he will then be able to conduct discovery from OCDC and SHP to obtain the names of the individual defendants.

Date: November 23, 2026

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4414.014